# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jeffrey Andrew Bynon a/k/a Heleena M. Cromer | BK NO. 22-00575 MJC |
| Christine Bynon | Chapter 7 |
| Debtor(s) | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                              Respectfully submitted,

                              /s/ Rebecca Solarz
                              Rebecca Solarz
                              05 Apr 2022, 13:47:59, EDT

                              KML Law Group, P.C.
                              BNY Mellon Independence Center
                              701 Market Street, Suite 5000
                              Philadelphia, PA  19106
                              215-627-1322